**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 2010-CV-02216-WYDKLM

STROH RANCH DEVELOPMENT, LLC,
a Colorado limited liability company,

  Plaintiff,

v.

CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 2,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 3,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 4,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 5,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 6,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 7,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 8,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 9,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 10,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 11,
THE PIVOTAL GROUP, INC.,
PIVOTAL PARKER INVESTMENTS, LLC, a Delaware limited liability company a/k/a Parker Investments 2009, LLC,
KURT WOLTER,
KIMBERLY JENSEN,
GREG MCILVAIN,
MARK EAMES,
GREG EPP,
BILLY HARRIS, and
JOHN DOES 1 through 8,

  Defendants.

---

ENTRY OF APPEARANCE

---

  The law firms of Seter & Vander Wall, P.C. and Reutzel & Associates, LLC, through attorneys Jeffrey E. Erb and Karen V. Reutzel, hereby enter appearances on behalf of Defendant Pivotal Parker Investments, LLC. in order to be placed on the CM/ECF System.  Pursuant to D.C.Colo.LCivR. 11.1, the attorneys' contact information and registration numbers are provided as follows:

Jeffrey E. Erb, Atty No. 37961
Seter & Vander Wall, P.C.
7400 East Orchard Road, Suite 3300
Greenwood Village, CO  80111
Phone No. 303-770-2700
Fax No. 303-770-2701
jerb@svwpc.com

Karen V. Reutzel, Atty. No. 24758
Reutzel & Associates, LLC
5566 South Sycamore Street
Littleton, CO  80120
Phone No. 303-694-1982
Fax No. 303-694-3831
Karen@reutzelandassoc.com

Respectfully submitted this 11th day of September, 2010.

**SETER & VANDER WALL, P.C.**

/s/ Jeffrey E. Erb
Jeffrey E. Erb, Atty. No. 37961

**REUTZEL & ASSOCIATES, LLC**

/s/ Karen V. Reutzel
Karen V. Reutzel, Atty. No. 24758

## CERTIFICATE OF SERVICE

I certify that Entry of Appearance was served either electronically via the CM/ECF System or placed in the U.S. Mail, postage prepaid to the following on this 11th day of September, 2010:

Joe L. Silver, Esq.
Martin D. Beier, Esq.
Ruba M. Forno, Esq.
SILVER & DeBOSKEY, P.C.
1801 York Street
Denver, Colorado 80206
*Attorneys for Plaintiff*

Eric M. Ziporin, Esq.
Sarah E. McCutcheon, Esq.
Senter, Goldfarb & Rice, L.L.C.
1700 Broadway, Suite 1700
Denver, Colorado 80290
*Attorneys for the Metropolitan District Defendants*

James E. Scarboro, Esq.
Paul W. Rodney, Esq.
Arnold & Porter, LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
*Attorneys for the Pivotal Group, Inc.*

Jamie Cotter, Esq.
Grimshaw & Harring, P.C.
1700 Lincoln Street, Suite 3800
Denver, Colorado 80203
*Attorney for the Metropolitan District*

**SETER & VANDER WALL, P.C.**

/s/ Sandy Thomas

PPI/Pleadings
ST1519
0839.0101