IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02216-WJM-KLM

STROH RANCH DEVELOPMENT, LLC, a Colorado limited liability company,

    Plaintiff,

v.

CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 2,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 3,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 4,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 5,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 6,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 7,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 8,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 9,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 10,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 11,
THE PIVOTAL GROUP, INC.,
PIVOTAL PARKER INVESTMENTS, LLC, a Delaware limited liability company a/k/a Parker Investments 2009, LLC,
KURT WOLTER,
KIMBERLY JENSEN,
GREG MCILVAIN,
MARK EAMES,
GREG EPP,
BILLY HARRIS, and
JOHN DOES 1 through 8,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** [Docket No. 75; Filed July 11, 2011] (the "Motion") filed by Defendants Pivotal Colorado II, LLC and North Parker Investments, LLC.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that the Scheduling Order [Docket No. 23] is amended to reflect the following new deadlines:

| | |
|---|---|
| Deadline for expert witness disclosure: | **August 22, 2011** |
| Deadline for rebuttal expert witness disclosure: | **September 22, 2011** |
| Deadline for service of written discovery: | **October 17, 2011** |
| Deadline for completion of discovery: | **November 21, 2011** |
| Deadline for filing dispositive motions: | **December 19, 2011** |

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for January 12, 2012 at 9:30 a.m. is **vacated** and **RESET** to **February 13, 2012 at 10:30 a.m.** in Courtroom **C-204** of the Byron G. Rogers United States Courthouse.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed pretrial order **no later than February 8, 2012**. Parties participating in ECF shall submit their proposed pretrial order pursuant to the District of Colorado ECF Procedures. The proposed pretrial order must be submitted in a useable format (i.e., as a WordPerfect document). Pursuant to the ECF Procedures, the parties shall submit the proposed pretrial order via email to Mix_Chambers@cod.uscourts.gov. Parties not participating in ECF shall submit their proposed pretrial order to the Clerk of the Court as a hard copy. However, if *any* party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the ECF Procedures. **The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

Dated:  July 11, 2011