IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02216-WJM-KLM

STROH RANCH DEVELOPMENT, LLC, a Colorado limited liability company,

    Plaintiff,

v.

CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 2,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 3,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 4,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 5,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 6,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 7,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 8,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 9,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 10,
CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 11,
THE PIVOTAL GROUP, INC.,
PIVOTAL PARKER INVESTMENTS, LLC, a Delaware limited liability company a/k/a Parker Investments 2009, LLC,
PIVOTAL COLORADO II, LLC,
NORTH PARKER INVESTMENTS, LLC,
KURT WOLTER,
KIMBERLY JENSEN,
GREG MCILVAIN,
MARK EAMES,
GREG EPP,
BILLY HARRIS, and
JOHN DOES 1 through 8,

    Defendants.

GRIMSHAW & HERRING PC,
MATTHEW R. DALTON, and
PROFESSIONAL COMMUNITY MANAGEMENT, INC.,

    Interested Parties.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Amend Discovery Deadline to Complete Service and Return of a Document Subpoena on Third-Party, Desert Troon Companies** [Docket No. 148; Filed March 2, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that the Scheduling Order [Docket No. 23], as amended on April 8, 2011 [Docket No. 60], July 11, 2011 [Docket No. 77], September 21, 2011 [Docket No. 94], September 29, 2011 [Docket No. 98], January 13, 2012 [Docket No. 131], February 15, 2012 [Docket No. 144], and March 1, 2012 [Docket No. 147] is further modified to reflect the following new deadline:

Deadline for discovery: **March 19, 2012**

The deadline for discovery is extended for the sole purpose of allowing Plaintiff to serve a subpoena duces tecum [#148-5] on third-party Desert Troon Companies.

Dated:  March 5, 2012