**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-02216-WJM-KLM

STROH RANCH DEVELOPMENT, LLC, a Colorado limited liability company,

       Plaintiff,

v.

1.      CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 2,
2.      CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 3,
3.      CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 4,
(4.     CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 5,
5.      CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 6,
6.      CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 7,
7.      CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 8,
8.      CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 9,
9.      CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 10,
10.    CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 11,
11.    THE PIVOTAL GROUP, INC.,
12.    PIVOTAL PARKER INVESTMENTS, LLC, a Delaware limited liability company
        a/k/a PARKER INVESTMENTS 2009, LLC,
13.    PIVOTAL COLORADO II, LLC,
14.    NORTH PARKER INVESTMENTS, LLC,
15.    KURT WOLTER,
16.    KIMBERLY JENSEN,
18.    GREG MCILVAIN,
19.    MARK EAMES,
20.    GREG EPP,
21.    BILLY HARRIS, and
22.    JOHN DOES 1 through 8,

       Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO ENTER STIPULATED ORDER**

---

       This matter is before the Court on the Parties' Joint Stipulated Motion to Enter

Stipulated Order filed September 17, 2013 (ECF No. 279).  The Court having reviewed

the Motion and being fully advised therein hereby ORDERS as follows:

The Parties' Stipulated Motion is GRANTED.

The terms of the Settlement Agreement, attached to this Order as Exhibit A, are made a binding order of this Court. The Court shall maintain continuing jurisdiction over this matter for purposes of the performance, interpretation, and enforcement of the Settlement Agreement.

The Court FURTHER ORDERS that there is no reason at this time to maintain this matter as an active, open case. Accordingly, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE this case. Nothing contained in this Order shall be considered a dismissal or final disposition of this case. Any party may move this Court to reopen this case for good cause shown.

Dated this 20th day of September, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge